**No. 48710.**—Protests 593203–G, etc., of American Bluefriesveem et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.

**No. 48711.**—Protests 771059–G, etc., of Alberti Import Co. et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.

**No. 48712.**—Protests 845175–G, etc., of Frank M. Modica, Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and the cited cases the following allowances were made by the court to compensate for the weight of the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that involved in *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269; and (2) 1 percent for cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra*. Protests sustained to this extent.

**No. 48713.**—Protests 887551–G, etc., of J. J. Brunner Agency, Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and the cited cases the following allowances were made by the court to compensate for the weight of the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that involved in *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269; and (2) 1 percent for cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra*. Protests sustained to this extent.

**No. 48714.**—Protests 931458–G, etc., of Italian Cheese Co., Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and the cited cases the following allowances were made by the court to compensate for the weight of the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that involved in *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146; and (2) 1 percent for cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra*. Protests sustained to this extent.